UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEX CRUZ<br><br>        Plaintiff,<br><br>v.<br><br>GRAY TELEVISION, INC.<br><br>        Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 7:20-cv-5003-LSC-CRZ** |

  IT IS HEREBY NOTICED that the above case should be dismissed without prejudice.

<u>/s/Richard Liebowitz</u>
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: May 19, 2020

*Attorneys for Plaintiff Alex Cruz*